IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 03-133 |
| ) | |
| MARVIN L. BARMES, ) | |
| BARBARA J. BARMES ) | |
|    d/b/a Barmes Wholesale ) | |
|    d/b/a Barbara's Gift Shop ) | |
|    d/b/a Barmeswh.com ) | |
|    d/b/a Barbaras.com ) | |

ORDER DIVESTING LIENS

AND NOW, this 28th day of Dec, 2005, it is hereby ORDERED, ADJUDGED and DECREED that the mortgage held by Nexgen Limited listed on Exhibit B hereto be, and hereby is, divested as a mortgage and a lien in all respects against the real properties listed on Exhibit A hereto (hereinafter the Subject Properties). It is further ORDERED that the Subject Properties shall be sold free and clear of the federal tax liens listed on Exhibit B and said liens shall attach to the proceeds of the sale in the same manner and to the same extent they attached to the Subject Properties and shall remain in full force and effect in all other respects. The Final Order of Forfeiture dated January 21, 2005 remains in full force and effect.

_____
United States District Judge